**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| FNU SEKH MOHAMMAD WARISH and HINA KAUSAR, *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-384-MJT-CLS |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), USCIS OFFICE OF THE CHIEF COUNSEL and SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *Defendants*. | § | |

**ACKNOWLEDGMENT OF NOTICE OF DISMISSAL**

This case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On May 22, 2026, Plaintiffs Fnu Sekh Mohammad Warish and Hina Kausar filed a notice dismissing "this action in its entirety" pursuant to "Federal Rule of Civil Procedure 41(a)(1)(A)(i)." [Dkt. 8 at 1]. The filing is procedurally proper. Thus, Plaintiffs' "notice of dismissal is self-effectuating and terminates the case in and of itself." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015).

It is therefore **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The clerk of court is directed to close the case and deny any pending motions as moot.

**THIS IS A FINAL JUDGMENT**.

**SIGNED this 29th day of May, 2026.**

Michael J. Truncale
Michael J. Truncale
United States District Judge